**CHAPMAN COMPANY, Inc., Appellant (Plaintiff below),**

v.

**KBBS, INC., and Jeannette Maxwell, Appellees (Defendants below).**

**No. 3912.**

Supreme Court of Wyoming.

Aug. 6, 1971.

Richard M. Davis, Jr., of Burgess, Kennedy & Davis, Sheridan, for appellant.

William J. Kirven and Robert A. Hill, Buffalo, for appellees.

Before McINTYRE, C. J., and PARKER, McEWAN, and GRAY, JJ.

PER CURIAM.

The judgment below is affirmed by an equally divided court.

PARKER, J., believes that opinions should be filed expressing the divergent views of the justices.